**Fill in this information to identify your case:**

United States Bankruptcy Court for the:!

-SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* ______________ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Coles of La Jolla | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Coles Fine Flooring | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 95-3247413 | |
| 4. | **Debtor's address** | **Principal place of business**<br>1170 West Morena Boulevard<br>San Diego, CA 92110<br>Number, Street, City, State & ZIP Code<br><br>San Diego<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | colesfineclooring.com | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor Coles of La Jolla
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4491

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ________ When ________ Case number ________
District ________ When ________ Case number ________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ________ Relationship ________
District ________ When ________ Case number, if known ________

Debtor Coles of La Jolla
Name

Case number (*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor: Coles of La Jolla
Name

Case number (*if known*) ____________________

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2024
MM / DD / YYYY

**X** /s/ Stephen M. Coles
Signature of authorized representative of debtor

Stephen M. Coles
Printed name

Title President

**18. Signature of attorney**

**X** /s/ Stella Havkin
Signature of attorney for debtor

Date February 24, 2024
MM / DD / YYYY

Stella Havkin
Printed name

Stella Havkin
Firm name

5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Number, Street, City, State & ZIP Code

Contact phone ____________ Email address shavkinesq@gmail.com

CA
Bar number and State

**Fill in this information to identify the case:**

Debtor name! Coles of La Jolla

United States Bankruptcy Court for the:! SOUTHERN DISTRICT OF CALIFORNIA!

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2024

X /s/ Stephen M. Coles
Signature of individual signing on behalf of debtor

Stephen M. Coles
Printed name

President
Position or relationship to debtor



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Coles of La Jolla

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known): ______________________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| County Treasurer-Tax Collector<br>San Diego County Administration Center<br>1600 Pacific Hwy, Rm 162<br>San Diego, CA 92101-2474 | | | | | | $20,141.52 |
| County Treasurer-Tax Collector<br>San Diego County Administration Center<br>1600 Pacific Hwy, Room 162<br>San Diego, CA 92101-2474 | | | | | | $2,124.77 |
| Customer Deposits<br>Various | | | | | | $307,564.64 |
| Floor Installers, Inc.<br>1170 WEST MORENA BLVD<br>San Diego, CA 92110 | | Loan | | | | $250,000.00 |
| Franchise Tax Board<br>Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | Taxes | | | | $0.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes | | | | $0.00 |
| Stephen Coles<br>11665 Scripps Lake Drive<br><br>San Diego, CA 92131 | | Personal loan | | | | $750,000.00 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of California

In re Coles of La Jolla — Debtor(s)

Case No. ____

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Stephen M. Coles<br>1170 West Morena Boulevard<br>San Diego, CA 92110-3833 | membership | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date February 24, 2024

Signature /s/ Stephen M. Coles
Stephen M. Coles

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Coles of La Jolla

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........ $ 150.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........ $ 4,941,043.77

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........ $ 4,941,193.77

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*........ $ 2,000,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ +$ 1,329,830.93

4. **Total liabilities** ........
   Lines 2 + 3a + 3b
   $ 3,329,830.93



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Coles of La Jolla

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $1,875.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Union Bank (Operating Account)<br>P.O. Box 513840<br>Los Angeles, CA 90051-3840 | Checking | 0274 | $0.00 |
| 3.2. | U.S. Bank<br>P.O. Box 1800<br>Saint Paul, MN 551010-0800 | Checking | 0346 | $236,650.99 |
| 3.3. | Wells Fargo<br>P.O. Box 6995<br>Portland, OR 97228-6995 | Checking | 2783 | $197,042.57 |
| 3.4. | Wells Fargo Bank N.A.<br>P.O. Box 6995<br>Portland OR 97228-6995 | Checking | 9860 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
$435,568.56

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number *(If known)*
Name

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Deposits-Alarm Equipment 1170 West Morena Blvd, San Diego, CA 92110 | $1,575.00 |
| 7.2. | Deposit on Acc-Inventory 1170 West Morena Blvd, San Diego, CA 92110 | $1,978.42 |
| 7.3. | Security Deposit- Rent Back-Laurett Location: 1170 West Morena Blvd, San Diego, CA 92110 | $46,000.00 |
| 7.4. | Security Deposit - Gains St. W/H Location: 1170 West Morena Blvd, San Diego, CA 92110 | $10,000.00 |
| 7.5. | Customer deposits. | $387,327.95 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Prepaid Rents Location: 1170 West Morena Blvd, San Diego, CA 92110 | $2,520.00 |
| 8.2. | Prepaid Other Location: 1170 West Morena Blvd, San Diego, CA 92110 | $39,037.43 |
| 8.3. | Prepaid Payroll Checks Location: 1170 West Morena Blvd, San Diego, CA 92110 | $6,458.00 |

9. **Total of Part 2.** $494,896.80
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: 170,264.35 (face amount) - 0.00 (doubtful or uncollectible accounts) = .... $170,264.35


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number *(If known)*
Name

12. **Total of Part 3.** $170,264.35
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | inventory | | $0.00 | Tax records | $2,437,783.00 |

23. **Total of Part 5.** $2,437,783.00
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number (If known)
Name

| | | | | |
|---|---|---|---|---|
| | 4 Desks 2 Files, Hutch Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $50.00 |
| | IKEA Bookcases Location: Santee | $0.00 | | $20.00 |
| | 2015 Cupboard Location: | $0.00 | | $20.00 |
| | 2016 Conference Table Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $150.00 |
| | Office Equipment Location: Santee | $0.00 | | $100.00 |
| | Granite Countertop Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| 40. | **Office fixtures** 1986 Shelves Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $20.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** 2014 Wireless Audio System Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| | August 2016 TV Showroom Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $50.00 |
| | December 2016 TV Showroom Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $50.00 |
| | Cisco VOIP Phones Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| | RFMS Barcode Reader Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $10.00 |
| | Video Display Computer Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| | Computer Equipment Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,500.00 |
| | Firewall Software Location: 1170 West Morena Blvd San Diego, CA | $0.00 | | $100.00 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number (If known)
Name

| | | | |
|---|---|---|---|
| 92110-3833 | | | |
| Workstation<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| Computer Equipment Website<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $0.00 |
| Network NVR Camera System Kitchen/Outdoors<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |
| Network NVR Camera San Diego 2<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |
| Network NVR Camera San Diego 3<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| Network NVR Camera System San Diego 4<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| Network NVR Camera System San Marcos 2<br>Location: ______________________ | $0.00 | | $1,000.00 |
| Data Loss Prevention Software for PCI Compliance Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| Outdoor Cameras<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |
| Battery Backup & Switch Replacements San Diego<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| Apple M1 Pro<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $200.00 |
| Ipads Measurement & Warehouse<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $200.00 |
| Customer Focused Cisco MDF Switch | $0.00 | | $100.00 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | | | |
| Customer Focused-3 Cisco IDF Switch<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| Customer Focused-14 Exterior Night Color 4k Camera<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| Server Licensing<br>1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. Art<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. **$8,770.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2012 Dodge Caravan 247845<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $2,500.00 |
| 47.2. 2012 Dodge Caravan 111076<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $2,500.00 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla
Name
Case number *(If known)*

| | | | | |
|---|---|---|---|---|
| 47.3. | 2013 Audi A8<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | Tax records 2022 | $11,631.00 |
| 47.4. | 2017 Ford F-150<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | Tax records 2022 | $12,162.00 |
| 47.5. | 2019 Ram Vin # 2439<br>Location: San Marcos, CA | $0.00 | | $16,064.00 |
| 47.6. | 2018 Hino Truck<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $8,675.00 |
| 47.7. | 2016 Hino 2825<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 - TR 2022 | $0.00 | | $8,675.00 |
| 47.8. | 2018 Chevrolet Colorado<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | Tax records 2022 | $19,223.00 |
| 47.9. | 2021 Toyota RAV4<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | Tax records 2022 | $23,114.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | Rhino Truck Upgrades<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| 48.2. | Rhino Upgrades - '18 Ford Raptor<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 2007 Light Fixtures<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| 5 Ton A/C<br>Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| Water Heater Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| Carpet Racks Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |
| Rug Display Frame Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| Custom Rug Conveyor Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $300.00 |
| Remnant Carts Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $20.00 |
| 4 Carts Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $10.00 |
| Floor Buffer Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| Carpet Racks Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $200.00 |
| Elec Rug Gallery Display Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| December 2016 Kitchen Equipment Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $5,000.00 |
| 2022 Qualified Retail LHI UV Shield Roof Cabling Location: ______ | $0.00 | | $500.00 |
| Monument Sign Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $100.00 |
| December 2006 Improv-Glass Entran Door Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $150.00 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number *(If known)*
Name

| | | | |
|---|---|---|---|
| 1980 Roof Fans Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $50.00 |
| 2014 Display Racks Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $0.00 |
| 2014 Binding Maching Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $0.00 |
| 1989 Cutting Machine Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |
| Forklift Charger Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $200.00 |
| Clark #ECS-7255 Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |
| Trojan Forklift Battery Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |
| Electric Forklift 36 Volt Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |
| Clark Forklift EC625 Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |
| Forklift ECG 25 Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $1,000.00 |
| Forklift -Carpet Pole Location: 1170 West Morena Blvd San Diego, CA 92110-3833 | $0.00 | | $200.00 |
| EZ Cut Location: San Marcos. | $0.00 | | $1,500.00 |

51. **Total of Part 8.** $120,574.00
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. 1979 Overhead Door Location: 1170 W. Morena Blvd. San Diego, CA | | $0.00 | | $150.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.
$150.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Trademark - Coles Carpets Since 1947. | $0.00 | Liquidation | Unknown |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** Goodwill Location: 1170 W. Morena Blvd San Diego, CA 92110 | $0.00 | Tax records | $3,196.00 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number *(If known)*
Name

66. **Total of Part 10.** $3,196.00
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br>ERC Credit Receivable | 755,830.89<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount = | $755,830.89 |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | | | |
| 73. **Interests in insurance policies or annuities**<br>Business Auto Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square Owatonna, MN 55060 | | | | $0.00 |
| Liability insurance (No Cash Value) Location: Marsh Affinity a division of Marsh USA LLC PO BOX 14404 Des Moines, IA 50406-9686 | | | | $0.00 |
| Commercial Umbrella Liability Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square Owatonna, MN 55060 | | | | $0.00 |
| Crime and Fidelity Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square Owatonna, MN 55060 | | | | $0.00 |
| Employment Related Liability Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square, Owatonna MN 55060 | | | | $0.00 |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | |
|---|---|
| Commercial General Liability Policy Location: Federated Mutual Insurance Company 121 East Park Square, Owatonna MN 55060 | $0.00 |
| Commercial Inland Marine Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square, Owatonna MN 55060 | $0.00 |
| Personal Umbrella Insurance Policy (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square, Owatonna MN 55060 | $0.00 |
| Commercial Property Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square, Owatonna MN 55060 | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Potential malpractice case against real estate agent. $500,000.00

**Nature of claim** Malpractice

**Amount requested** $500,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Employee Receivable
Location: 1170 W. Morena Blvd San Diego, CA 92110 $14,160.17

**Nature of claim** Trade debt

**Amount requested** $14,160.17

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** $1,269,991.06

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla
Name

Case number *(If known)*

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $435,568.56 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $494,896.80 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $170,264.35 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $2,437,783.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,770.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $120,574.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.......> | | $150.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,196.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $1,269,991.06 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $4,941,043.77 | + 91b. $150.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,941,193.77 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Coles of La Jolla

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 Small Business Administration<br>Creditor's Name<br>San Diego District Office | **Describe debtor's property that is subject to a lien**<br>Cash; Union Bank (Operating Account) P.O. Box | $2,000,000.00 | $4,043,990.82 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number (if known) ____________
Name

550 West C. Street, Suite 500
San Diego, CA 92101

513840 Los Angeles, CA 90051-3840; U.S. Bank P.O. Box 1800 Saint Paul, MN 551010-0800; Wells Fargo P.O. Box 6995Portland, OR 97228-6995; Wells Fargo Bank N.A. P.O. Box 6995 Portland OR 97228-6995; Deposits-Alarm Equipment 1170 West Morena Blvd, San Diego, CA 92110; Deposit on Acc-Inventory 1170 West Morena Blvd, San Diego, CA 92110; Security Deposit- Rent Back-Laurett Location: 1170 West Morena Blvd, San Diego, CA 92110; Security Deposit - Gains St. W/HLocation: 1170 West Morena Blvd, San Diego, CA 92110; Prepaid Rents Location: 1170 West Morena Blvd, San Diego, CA 92110; Prepaid OtherLocation: 1170 West Morena Blvd, San Diego, CA 92110; Prepaid Payroll Checks Location: 1170 West Morena Blvd, San Diego, CA 92110; Location: 1170 West Morena Blvd San Diego CA 92110-3833; inventory; 4 Desks 2 Files, Hutch Location: 1170 West Morena Blvd San Diego, CA 92110-3833; IKEA Bookcases Location: Santee; 2015 Cupboard Location: ________________________; 2016 Conference Table Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Office Equipment Location: Santee; Granite Countertop Location: 1170 West Morena Blvd San Diego, CA 92110-3833; 1986 Shelves Location: 1170 West Morena Blvd San Diego, CA 92110-3833; 2014 Wireless Audio System Location: 1170 West Morena Blvd San Diego, CA 92110-3833; December 2016 TV Showroom Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Cisco VOIP Phones Location: 1170 West Morena Blvd San Diego, CA 92110-3833; RFMS Barcode Reader Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Video Display Computer Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Computer EquipmentLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; Firewall SoftwareLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; Workstation Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Network NVR Camera San Diego 2 Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Network NVR Camera San Diego 3Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Network NVR Camera System San Diego 4 Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Network NVR Camera System San Marcos 2 Location: __________________________; Data Loss Prevention Software for PCI Compliance Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Outdoor Cameras Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Battery Backup & Switch Replacements San DiegoLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; Apple M1 Pro Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Ipads Measurement & WarehouseLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; Customer Focused



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla
Name

Case number (if known)

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
05/15/2020

**Last 4 digits of account number**
7406

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $2,000,000.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| U.S. Small Business Administration<br>Office of General Counsel<br>312 North Spring Street, 5th Floor<br>Los Angeles, CA 90012 | Line 2.1 | 7406 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number *(If known)*
Name

| | |
|---|---|
| Commercial Umbrella Liability Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square Owatonna, MN 55060 | $0.00 |
| Crime and Fidelity Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square Owatonna, MN 55060 | $0.00 |
| Employment Related Liability Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square, Owatonna MN 55060 | $0.00 |
| Commercial General Liability Policy Location: Federated Mutual Insurance Company 121 East Park Square, Owatonna MN 55060 | $0.00 |
| Commercial Inland Marine Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square, Owatonna MN 55060 | $0.00 |
| Personal Umbrella Insurance Policy (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square, Owatonna MN 55060 | $0.00 |
| Commercial Property Insurance (No Cash Value) Location: Federated Mutual Insurance Company 121 East Park Square, Owatonna MN 55060 | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Potential malpractice case against real estate agent. $500,000.00

**Nature of claim** Malpractice
**Amount requested** $500,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Employee Receivable
Location: 1170 W. Morena Blvd San Diego, CA 92110 $14,160.17

**Nature of claim** Trade debt
**Amount requested** $14,160.17

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** $1,269,991.06

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ No
☐ Yes


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla
Name

Case number *(If known)*

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $435,568.56 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $494,896.80 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $170,264.35 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $2,437,783.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $54,499.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*.....> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,196.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $1,269,991.06 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $4,866,198.77 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,866,198.77 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name! Coles of La Jolla

United States Bankruptcy Court for the:! SOUTHERN!DISTRICT OF CALIFORNIA!

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 Small Business Administration<br>Creditor's Name<br>San Diego District Office | **Describe debtor's property that is subject to a lien**<br>Server Licensing 1170 West Morena Blvd San | $2,000,000.00 | $3,978,870.82 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla
Name

Case number (if known)

| | |
|---|---|
| 550 West C. Street, Suite 500<br>San Diego, CA 92101 | Diego, CA 92110-3833; Office FurnitureLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; Bestar Desk Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Office Furn & Ramps Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Table Location: 1170 West Morena Blvd San Diego, CA 92110-3833; FurnitureLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; Granite Countertop Location: 1170 West Morena Blvd San Diego, CA 92110-3833; ArtLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; 1989 Hino Truck Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Truck - 2004 UD/IN 18CSLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; 2012 Dodge Caravan 247845 Location: 1170 West Morena Blvd San Diego, CA 92110-3833; 2012 Dodge Caravan 111076Location: 1170 West Morena Blvd San Diego, CA 92110-3833; 2013 Audi A8 Location: 1170 West Morena Blvd San Diego, CA 92110-3833; 2017 Ford F-150 Location: 1170 West Morena Blvd San Diego, CA 92110-3833; 2018 Ford F-150 Vin # 2420Location: 1170 West Morena Blvd San Diego, CA 92110-3833; 2017 Mercedes Van # 8556 Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Rhino Truck Upgrades Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Rhino Upgrades - '18 Ford RaptorLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; 2018 Hino Truck Location: 1170 West Morena Blvd San Diego, CA 92110-3833; 2019 Hino TruckLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; 2018 Chevrolet ColoradoLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; 2021 Toyota RAV4Location: 1170 West Morena Blvd San Diego, CA 92110-3833; RFMS Barcode Reader Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Touchscreen Terminals Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Video Display Computer Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Computer EquipmentLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; Firewall SoftwareLocation: 1170 West Morena Blvd San Diego, CA 92110-3833; Workstation Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Computer Equipment-Enteracloud Location: 1170 West Morena Blvd San Diego, CA 92110-3833Purchase Price 3823; 2017 Computer Equipment Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Network NVR Camera System San Marcos Location: ____________________________________; Network NVR Camera San Diego 2 Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Network NVR Camera San Diego 3Location: 1170 West Morena Blvd San Diego, CA 92110-3833; Network NVR Camera System San Diego 4 Location: 1170 West Morena Blvd |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla
Name

Case number (if known)

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
05/15/2020

**Last 4 digits of account number**
7406

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $2,000,000.00

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| U.S. Small Business Administration<br>Office of General Counsel<br>312 North Spring Street, 5th Floor<br>Los Angeles, CA 90012 | Line 2.1 | 7406 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Coles of La Jolla

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
County Treasurer- Tax Collector
San Diego County Administration Center
1600 Pacific Hwy, Rm 162
San Diego, CA 92101-2474

**As of the petition filing date, the claim is:** *Check all that apply.* — $20,141.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** sTax

Is the claim subject to offset? ☒ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
County Treasurer-Tax Collector
San Diego County Administration Center
1600 Pacific Hwy, Room 162
San Diego, CA 92101-2474

**As of the petition filing date, the claim is:** *Check all that apply.* — $2,124.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** axes

Is the claim subject to offset? ☒ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Customer Deposits
Various

**As of the petition filing date, the claim is:** *Check all that apply.* — $307,564.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Various

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Floor Installers, Inc.
1170 WEST MORENA BLVD
San Diego, CA 92110

**As of the petition filing date, the claim is:** *Check all that apply.* — $250,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2020

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla
Name

Case number (if known)

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Stephen Coles<br>11665 Scripps Lake Drive<br><br>San Diego, CA 92131<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Personal loan<br>Is the claim subject to offset? ☒ No ☐ Yes | $750,000.00 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>University of San Diego<br>5998 Alcal? Park<br>San Diego, CA 92110<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. | + | $ 1,329,830.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 1,329,830.93 |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name! Coles of La Jolla

United States Bankruptcy Court for the:! SOUTHERN DISTRICT OF CALIFORNIA!

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease for 1170 Morena Blvd, San Diego, CA 92110. | |
| | State the term remaining | 10 months | Lauretta Apartments LLC<br>4641 INGRAHAM STREET<br>San Diego, CA 92109 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease at 2175 Montiel Road, San Marcos, CA 92069 | |
| | State the term remaining | 4 years | Montiel Road LLC<br>2175 Montiel Road<br>San Marcos, CA 92069 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of property at 70 Town Center Parkway, Santee CA 92071 | |
| | State the term remaining | 4 years | Town Center Pkwy, LLC<br>70 Town Center Parkway<br>Santee, CA 92071 |
| | List the contract number of any government contract | | |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name! Coles of La Jolla

United States Bankruptcy Court for the:! SOUTHERN DISTRICT OF CALIFORNIA!

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.4 | Stephen F. Coles | 1170 West Morena Boulevard<br>San Diego, CA 92110 | Small Business Administration | ☒ D 2.1<br>☐ E/F _____<br>☐ G _____ |


Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Coles of La Jolla

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other | $605,485.04 |
| For prior year: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $10,089,818.84 |
| For year before that: From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other | $12,815,937.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Floor Installers, Inc.<br>1170 WEST MORENA BLVD<br>San Diego, CA 92110 | 11/1/23 to 2/20/24 | $488,698.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. San Diego Gas & Electric<br>P.O. BOX 25111<br>Santa Ana, CA 92799 | 11/30/23 to 1/27/24 | $21,688.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. Montiel RD., LLC<br>1170 WEST MORENA BLVD<br>San Diego, CA 92110 | 12/1/23 to 1/31/24 | $51,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. Town Center Parkway, LLC<br>1170 WEST MORENA BLVD<br>San Diego, CA 92110 | 12/1/23 to 2/02/24 | $33,825.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. Lauretta Apartments<br>4641 INGRAHAM STREET<br>San Diego, CA 92109 | 11/30/23 to 2/2/24 | $132,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. Federated Insurance<br>PO BOX 95231<br>Chicago, IL 60694 | 11/22/23 to 1/24/24 | $26,414.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. Waste Management EL<br>PO BOX 541065<br>Los Angeles, CA 90054 | 11/30/23 to 1/31/24 | $14,332.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. Air-O-Mist<br>15621 Las Lomas Rd,<br>El Cajon, CA 92021 | 12/13/24 to 1/31/24 | $13,071.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. Ark Marketing and Media Solutions<br>4218 Conner Ct.5054 VIA PAPEL<br>San Diego, CA 92122 | 11/1/23 to 1/31/24 | $20,699.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number (if known)

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. Cox Media, LLC<br>P.O. BOX 50456<br>Los Angeles, CA 90074 | 11/1/23 to 1/3/24 | $8,347.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. Cox Business<br>PO BOX 53214<br>Phoenix, AZ 85072 | 11/7/23 to 1/18/24 | $11,005.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. KFMB TV 8<br>Midwest Television Inc.<br>7677 Engineer Rd.<br>San Diego, CA 92111 | 12/1/23 to 2/1/24 | $8,721.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13. KGTV<br>SCRIPPS MEDIA INC<br>PO BOX 844521<br>Los Angeles, CA 90084 | 11/30/23 to 1/1/24 | $11,470.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. KNSD- NBC 7<br>P.O. BOX 419306<br>Boston, MA 02241 | 11/30/23 to 2/1/24 | $12,274.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. KUSI<br>PO BOX 11155<br>Los Angeles, CA 90074 | 11/30/23 to 2/3/24 | $8,109.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. Interconnect Marketing<br>8805 LA CINTURA CT<br>San Diego, CA 92129 | 11/30/23 to 1/31/24 | $16,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17. ZTELCO<br>P.O. BOX 102267<br>Pasadena, CA 91189 | 11/30/23 to 1/21/24 | $7,497.22 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. Design Studio Network, Inc.<br>1980 Festival Plaza Drive #300<br>Las Vegas, NV 89135 | 11/30/23-2/15/24 | $11,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other__ |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number (*if known*)

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.19. American Building Maintenance<br>9528 Miramar Rd. #1263<br>San Diego, CA 92126 | 11/30/24 to 1/24/24 | $20,449.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. Irma Meza Beltran<br>DBA ERM JANITORIAL<br>415 S. ELM STREET<br>Escondido, CA 92025 | 11/14/23 to 1/1/24 | $8,205.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. M.D.R.<br>8902 SPECTRUM CENTER BLVD.<br>San Diego, CA 92123 | 11/30/23 to 1/24/24 | $22,210.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. ARCO<br>1001 SERVICE ROAD EAST HWY 190<br>STE 200<br>Covington, LA 70433 | 11/29/23 to 1/3/24 | $4,381.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. Cali Bamboo LLC<br>PO Box 22524<br>Pasadena, CA 91185 | 11/30/23 to 2/20/24 | $51,423.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. Mohawk Industries<br>FILE 56502<br>Los Angeles, CA 90074 | 11/17/23 to 1/17/24 | $84,972.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. Shaw Industries, Inc.<br>P.O. BOX 203702<br>Dallas, TX 75320 | 1/31/24 | $60,807.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. Dixie Home<br>PO BOX 631092<br>Cincinnati, OH 45263 | 11/1/23 to 1/24/24 | $34,179.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. U.S. Bank<br>P.O. BOX 790408<br>Saint Louis, MO 63179 | 11/39/23 to 2/8/24 | $14,710.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number (if known)

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.28. Tom Duffy Co.<br>PO BOX 884426<br>Los Angeles, CA 90088 | 11/30/23 to 1/24/24 | $27,087.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. Tecsun Building Products<br>425 S 6th Ave.<br>La Puente, CA 91746 | 11/8/23 to 12/20/23 | $12,488.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. Galleher Corporation<br>9303 Greenleaf Ave.<br>Santa Fe Springs, CA 90670 | 11/1/23 to 1/31/24 | $12,029.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. Fabrica<br>P.O. BOX 631908<br>Cincinnati, OH 45263 | 11/1/23 to 1/31/24 | $34,121.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. Diamond W Floor Covering<br>P.O. BOX 749874<br>Los Angeles, CA 90074 | 11/1/23 to 1/31/24 | $18,855.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.33. Masland Carpets<br>PO BOX 631092<br>Cincinnati, OH 45263 | 11/1/23 to 1/24/24 | $134,971.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. Nourison Industries<br>PO Box 35651<br>Newark, NJ 07193 | 11/8/23 to 12/27/23 | $11,371.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. Stanton Carpet Corporation<br>PO BOX 830211<br>Philadelphia, PA 19182 | 11/30/23 to 1/22/24 | $38,429.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.36. Unique Carpets, LTD<br>7360 Jurupa Ave<br>Riverside, CA 92504 | 11/8/23 to 1/3/24 | $14,493.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number (if known)

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.37. | Mannington Mills, Inc.<br>P.O. BOX 96261<br>Chicago, IL 60693 | 11/8/23 to 1/31/24 | $8,456.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. | U.S. Small Business Administration<br>PO Box 3918<br>Portland, OR 97208 | 11/23 to 1/24 | $29,277.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. | CA Dept of Tax and Fee Administration<br>PO Box 942879, MIC:88<br>Sacramento, CA 94279 | 11/23 to 1/24/24 | $97,065.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. | San Diego County Tax Collector<br>San Diego County Admin. Center<br>1600 Pacific Hwy, Room 162<br>San Diego, CA 92101 | 11/2023 | $12,498.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. | Citi Cards<br>P.O. Box 9001037<br>Louisville, KY 40290 | 11/23 to 1/24 | $75,377.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Stephen Coles<br><br>President | 2-22-24 | $22,105.00 | Sales of 2020 Toyota Rav 4 |
| 4.2. | Stephen Coles<br>San Diego, CA<br>President | 2022 | $158,144.36 | Salary |
| 4.3. | Stephen Coles<br><br>President | 2023 | $157,362.00 | Salary. |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number (if known)

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | University of San Diego v. Coles of La Jolla Inc.<br>37-2023-00004061-CU-BC-CTL | Breach of Contract | San Diego Superior Court<br>330 West Broadway<br>San Diego, CA 92101 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Havkin and Shrago Attorneys at Law<br>5950 Canoga Avenue<br>Ste 400<br>Woodland Hills, CA | | 2/14/2024 | $40,000.00 |
| | **Email or website address**<br>stella@havkinandshrago.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Havkin and Shrago Attorneys at Law<br>5950 Canoga Avenue, #400<br>Woodland Hills, CA 91367 | | 8/20/2023,<br>9/10/2023,<br>11//20/2023;<br>12/15/2023 | $3,410.00 |
| | **Email or website address**<br>stella@havkinandshrago.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | Law Offices of Kit James Gardner<br>510 W. Broadway, Suite 800<br>San Diego, CA 92101 | | 2/23/2024 | $20,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number (if known)

☒ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Levitzacks<br>451 A Street, Suite 500<br>San Diego, CA 92101 | |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen M. Coles | 1170 West Morena Boulevard<br>San Diego, CA 92110-3833 | Managing member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Stephen Coles<br>San Diego, CA | $20,638.91 | 1/1/2023-11/30/2023 | Dividends |
| | **Relationship to debtor**<br>President | | | |



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Coles of La Jolla Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 . | Stephen Coles<br>San Diego, CA<br>**Relationship to debtor**<br>President | $25,438.50 | January and February, 2024. | Salary. |
| 30.3 . | Stephen Coles<br>San Diego, CA<br>**Relationship to debtor**<br>President | $152,631 | 2023 | Salary |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2024

/s/ Stephen M. Coles — Stephen M. Coles
Signature of individual signing on behalf of the debtor — Printed name

Position or relationship to debtor President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes



Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

CSD 2030 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Stella Havkin, #134334
Havkin and Shrago Attorneys at Law
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone 818 999-1568

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Coles of La Jolla, Inc. dba Coles Fine Flooring,

Debtor.

BANKRUPTCY NO.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . $ $550.00/per hour

   Prior to the filing of this statement I have received . . . . . . . . . . $ 40,000.00

   Balance Due . . . . . . . . . . $ ____________

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;


[Continued on Page 2]

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED: 2/26/2024

Stella Havkin /s/ Stella Havkin
(Typed Name and Signature)

Havkin and Shrago Attorneys at Law
(Name of Law Firm)

CSD 2030 [12/01/15]

Name, Address, Telephone No. & I.D. No.

Kit James Gardner, #161736
Law Offices of Kit J. Gardner
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone 619 525-9900

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Coles of La Jolla

Debtor.

BANKRUPTCY NO.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . $ 495/hour

   Prior to the filing of this statement I have received . . . . . . . . . . $ 20,000.00 retainer

   Balance Due . . . . . . . . . . . . . . . . . . . . $ ____________

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

 [Continued on Page 2]

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Any appeals, bankruptcy adversary proceedings or any non-bankruptcy matter including, without limitation, advice with respect to issues that are primarily nonbankruptcy issues (including issues in the areas of tax, securities, torts, environmental law, intellectual property, and labor law), any state court litigation, administrative hearings or proceedings, arbitration and/or any matter not directly arising out of the bankruptcy case unless there is a written modification to the fee agreement.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

DATED: 2/26/2024

/s/ Kit James Gardner
(Typed Name and Signature)

Law Offices of Kit James Gardner
(Name of Law Firm)

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Stella Havkin, #134334
Havkin and Shrago Attorneys at Law
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: 818 999-1568
email: stella@havkinandshrago.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Coles of La Jolla

Debtor(s).

CASE NO.:
CHAPTER: 11

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 2 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: February 24, 2024 — /s/ Stephen M. Coles
Signature of Debtor 1

Date: ____________________
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: February 24, 2024 — /s/ Stella Havkin
Signature of Attorney for Debtor (if applicable)

Antony Nash, Esq.
Mintz Levin Cohn Ferris Glovsky and Pope
3580 Carmel Mountain Road, #300
San Diego, CA 92130

County Treasurer- Tax Collector
San Diego County Administration Center
1600 Pacific Hwy, Rm 162
San Diego, CA 92101-2474

County Treasurer-Tax Collector
San Diego County Administration Center
1600 Pacific Hwy, Room 162
San Diego, CA 92101-2474

Customer Deposits
Various

Floor Installers, Inc.
1170 WEST MORENA BLVD
San Diego, CA 92110

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lauretta Apartments LLC
4641 INGRAHAM STREET
San Diego, CA 92109

Small Business Administration
San Diego District Office
550 West C. Street, Suite 500
San Diego, CA 92101

State Board of Equalization
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

Stephen Coles
11665 Scripps Lake Drive
San Diego, CA 92131

Stephen F. Coles
1170 West Morena Boulevard
San Diego, CA 92110

U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

U.S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935

U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

University of San Diego
5998 Alcalá Park
San Diego, CA 92110

**United States Bankruptcy Court**
**Southern District of California**

In re **Coles of La Jolla, Inc.** Debtor(s)

Case No.
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Stephen Coles, declare under penalty of perjury that I am the President of Coles of La Jolla, Inc. and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 23rd day of February, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Stephen Coles, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Stephen Coles, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Stephen Coles, President of this Corporation is authorized and directed to employ the law firm of **Havkin and Shrago Attorneys at Law** and the Law Offices of Kit James Gardner to represent the corporation in such bankruptcy case."

Date **February 23, 2024**

Signed
**Stephen Coles**

Resolution of Board of Directors
of
**Coles of La Jolla, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Stephen Coles, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Stephen Coles, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Stephen Coles, President of this Corporation is authorized and directed to employ the law firm of **Havkin and Shrago Attorneys at Law** as well as Law Offices of Kit James Gardner to represent the corporation in such bankruptcy case.

Date **February 23, 2024** Signed ______________________

Date ______________________ Signed ______________________

CSD 1007-7 [02/2022]
Name, Address, Telephone, & I.D. No.

Stella Havkin, #134334
Havkin and Shrago Attorneys at Law
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone 818 999-1568
Email: stella@havkinandshrago.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re Coles of La Jolla Inc. dba Coles Fine Flooring<br>Debtor(s) | Bankruptcy No.<br>Click or tap here to enter text. |
| Click or tap here to enter text.<br>Plaintiff(s) | Adversary No.<br>Click or tap here to enter text. |
| V. Click or tap here to enter text.<br>Defendant(s) | [add if filed in response to hearing]<br>Date of Hearing: Click here to enter text<br>Time of Hearing: Click here to enter text<br>Name of Judge: Click here to enter text. |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, and Local Bankruptcy Rules 1007-7 and 7007.1-1,

Stephen F. Coles , a
[Name of Corporate Party]

(check one)

☒ Corporate Debtor
☐ Party to an Adversary Proceeding

makes the following disclosure(s): (check one)

☒ All corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest are listed below:

Stephen F. Coles – 100%

OR

☐ There are no corporate entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: 2/26/2024

/s/ Stella Havkin
Attorney Signature